AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Duane Gomez, a/k/a Go-Go, a/k/a G<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  14-mj-1103-RBC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 2013 - August 2014  in the county of  Barnstable  in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiring to distribute, and to possess with intent to distribute, heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1). |

This criminal complaint is based on these facts:
See the affidavit attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael D. Cusolito, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/20/2014

_____
*Judge's signature*

City and state:  Boston, Massachusetts

Hon. Robert B. Collings, U.S. Magistrate Judge
*Printed name and title*